AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

| | |
|---|---|
| United States of America <br> v. <br> Reginald Jerome Smith <br> Date of Previous Judgment: June 30, 1999 <br> (Use Date of Last Amended Judgment if Applicable) | Case No: CR499-00044-001 <br> USM No: 10042-021 <br> Robert Phillips <br> Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 130 to 162 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**: The Court has denied the motion for reduction of sentence based on factors identified in 18 U.S.C. § 3553(a), namely the history and characteristics of the defendant and the need to protect the public from further crimes of the defendant. The defendant was only 20 years old when sentenced by this Court, but he had already been arrested on eighteen prior occasions for offenses that included simple battery, terroristic threats, burglary, theft of motor vehicle and possession of marihuana. Those arrests resulted in fourteen separate convictions. The 175-month custodial sentence imposed at sentencing best addresses these factors.

Except as provided above, all provisions of the judgment dated June 30, 1999, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 13, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)